IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date: November 29, 2012 |
| Court Reporter:     Gwen Daniel | Probation: Justine L. Kozak |
| | Interpreter: Marcela Salazar |

_____

Criminal Action No.   12-cr-00289-WJM          *Counsel:*

UNITED STATES OF AMERICA,                     Richard A. Hosley

        Plaintiff,

v.

RAUL JERONIMO RIOS,                            Brian R. Leedy
a/k/a Rener Jose Arroliga-Lopez

        Defendant.

_____

**COURTROOM MINUTES**
_____

HEARING - SENTENCING

02:00 a.m.    Court in Session

Appearances

Defendant is present and in custody.

Oath administered to the Interpreter.

Oath administered to the defendant.

Court's comments

Sentencing Statement by Mr. Hosley

1

Sentencing Statement by Mr. Leedy

The Court addresses Defendant's Objections to the final Presentence Investigation Report (ECF No. 19). For the reasons set forth on the record, the Defendant's Objections are OVERRULED.

The Court addresses the defendant's Motion for a Variant Sentence (ECF No. 21)

Argument by Mr. Hosley

Argument by Mr. Leedy

Argument by Mr. Hosley

Argument by Mr. Leedy

Defendant's Allocution

**ORDERED:   The defendant's Motion for a Variant Sentence (ECF No. 21) is GRANTED IN PART.**

Defendant plead guilty to a one-count Indictment on August 30, 2012

**ORDERED:   Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Raul Jeronimo Rios, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 26 months.**

**In serving this term of incarceration the Court recommends that the director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.**

**No period of supervised release shall be imposed. The defendant is advised that if he re-enters or remains in the United States illegally, possesses a firearm or illegally possesses a controlled substance, he may be subject to further federal prosecution.**

**The Court waives the mandatory drug testing provisions of § 3563(a)(5), because it is likely that the defendant will be removed from this country.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

   **The Defendant shall pay a special assessment of $100.00, which shall be due and payable immediately.**

**The Court FINDS that the Defendant does not have the ability to pay a fine, so the Court will waive the payment of any fine in this case apart from the Special Assessment**.

Defendant advised of his right to appeal the sentence imposed and his conviction by guilty plea in very limited circumstances**.**

**ORDERED: Defendant is REMANDED to the custody of the U.S. Marshal.**

03:00 p.m. Court in Recess
      Hearing concluded
      Time: 60 minutes